**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

-----

**No. 17-1632**

-----

STARSHA M. SEWELL,

       Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

       Defendant - Appellee.

-----

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George J. Hazel, District Judge. (8:16-cv-02456-GJH)

-----

Submitted: September 14, 2017          Decided: September 19, 2017

-----

Before WILKINSON, MOTZ, and KING, Circuit Judges.

-----

Affirmed by unpublished per curiam opinion.

-----

Starsha M. Sewell, Appellant Pro Se. Gerard J. Stief, Associate General Counsel, Washington, D.C., for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this action alleging discrimination in employment and a conspiracy concerning child custody and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Washington Metro. Area Transit Auth.*, No. 8:16-cv-02456-GJH (D. Md. July 19 & Aug. 29, 2016; Mar. 13 & Apr. 28, 2017). We deny the motion for initial hearing en banc and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*